IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICK RILEY )
)
v. ) NO. 3-10-0598
) JUDGE CAMPBELL
DARON HALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 182), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Judgment on the Pleadings (Docket No. 158) is GRANTED, and all claims against Defendants Hall, Cox, Hale and Bodie are DISMISSED. In addition, all claims against Defendants Troup, Pace, Dicharia and Watson are DISMISSED except Plaintiff's First and Fourteenth Amendment claims arising from the alleged assault upon him. Moreover, all claims against Defendant Robins are DISMISSED, except Plaintiff's Fourteenth Amendment claim arising from his treatment in the holding cell.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE