IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICK S. RILEY | ) |
| | ) |
| v. | ) NO. 3-10-0598 |
| | ) JUDGE CAMPBELL |
| DARON HALL, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 218), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED for failure to prosecute and failure to abide by the Court's Orders. The Court declines to award fees and costs to the Defendants. Any pending Motions are denied as moot, and the Clerk is directed to close the file.

The jury trial set for May 29, 2012, and the pretrial conference set for May 14, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE